*MADE JS-6*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT D. PICKAR, <br><br>　　　　*Plaintiff,* <br><br>vs. <br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., <br><br>　　　　*Defendants.* | CASE NO.: CV 11-9872-GW(MANx) <br><br> **ORDER DISMISSING ACTION** |

　　　GOOD CAUSE appearing therefore,

　　　Pursuant to the Notice of Voluntary Dismissal Pursuant to F.C.R.P. 41(A)(1)(a)(i), filed by Plaintiff Robert D. Pickar on April 16, 2012, IT IS HEREBY ORDERED that the above-captioned action against Defendants is dismissed without prejudice.

DATED: April 16, 2012

　　　　　　　　　　　　　　　　　　／s／ George H. Wu
　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1